IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CALVIN AMOS                                                                                                PLAINTIFF
ADC #113174

V.                                              NO: 5:13CV00058 SWW

RAY HOBBS *et al.*                                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed.[1] After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment (docket entry #41) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of March, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] After the Magistrate Judge entered his Proposed Findings and Recommended Disposition ruling on Defendants' motion for summary judgment, Plaintiff, on February 18, 2014 [doc.#58], filed a response to Defendants' reply to Plaintiff's response to Defendants' motion for summary judgment. The Court has considered Plaintiff's response to Defendants' reply in reviewing the Magistrate Judge's Proposed Findings and Recommended Disposition.