# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CALVIN AMOS                                                                                                    PLAINTIFF
ADC #113174

V.                                         NO: 5:13CV00058 SWW

RAY HOBBS *et al.*                                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 13th day of March, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE